**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 3:14-cr-00137-2 |
| v. | ) Judge Haynes |
| | ) |
| JONATHON STEELE, | ) |
| | ) |

**O R D E R**

The plea hearing in this action currently set for Monday, December 1, 2014 at 1:00 p.m is hereby reset for **Monday, December 1, 2014 at 9:00 a.m.** in the United States Courthouse in Nashville, Tennessee**.**

It is so **ORDERED**.

**ENTERED** this the _____ day of November, 2014.

_Todd Campbell_
TODD J. CAMPBELL
United States District Judge